IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1209-JLK-PAC

ARINORI YAMAGATA, KATSUYOSHI IDA and HARUKO KIKUKAWA,

Plaintiffs,

vs.

PILATUS BUSINESS AIRCRAFT, LTD.; PILATUS FLUGZEUGWERKE AKTIENGESELLSCHAFT/PILATUS AIRCRAFT, LTD.; PRATT & WHITNEY CANADA, INC.,

Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER comes before the court upon the Stipulation For Dismissal With Prejudice filed by all parties herein, and the court having reviewed said stipulation finds it to be in order, and the Court

ORDERS THAT this case be dismissed with prejudice, with each party to pay his, her, or its own fees and costs.

Entered this 14th day of July, 2005.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court